UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY LEE NEWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:22-CV-46-FL |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 7, 2024, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on March 7, 2024, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

March 7, 2024                           PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk